THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITY NATIONAL INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>    v.<br><br>VERITY & LIGHT CONTRACTING SERVICES, LLC; KRISTOPHER BENTSON AND REBEKKA BENTSON, husband and wife, and their marital community composed thereof; and BRIAN KEITH,<br><br>             Defendants. | No.: 2:20-cv-01523-MJP<br><br>ORDER OF DISMISSAL |

This matter is before the Court on a proposed stipulation of dismissal. (Dkt. No. 13.) Having read and considered the Stipulation for Dismissal with Prejudice filed by Security National Insurance Company, Verity & Light Contracting Services, LLC, Kristopher Bentson, and Rebekka Bentson's (hereinafter the "Parties"), the Court hereby ORDERS that all claims asserted by and between the Parties in this lawsuit are DISMISSED with prejudice and without an award of costs or fees to any Party.

[proposed] Order to Dismiss With Prejudice
No.: 2:20-cv-01523-MJP

Page 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

IT IS SO ORDERED this 2nd day of August, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

BULLIVANT HOUSER BAILEY PC


*/s/ Michael A. Guadagno*
Michael A. Guadagno, WSBA #34633
E-mail:  michael.guadagno@bullivant.com

Attorneys for Plaintiff Security National Insurance Company


Copy received, approved as to form;
Notice of Presentation Waived:


*/s/ Ryan Moore*
Ryan Moore, WSBA #52802
E-mail:  ryan@mburnslaw.com

Attorney for Defendants Verity & Light Contracting Services, LLC, Kristopher Bentson, and Rebekka Bentson

4847-1977-8035.1

[proposed] Order to Dismiss With Prejudice
No.: 2:20-cv-01523-MJP

Page 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930